## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

FILED

APR 29 2022

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

**JOHN M WALTERS**

**Vs**                                    **Case Number:** 2:22-cv-00174-JPH-MJD

**Safe Step Tubs of Minnesota**

**Debbie (The Contractor)**

**POWERPAY**

### A.   PARTIES

1.   Plaintiff is a citizen of Indiana and resides at 950 East Dawn Drive, Terre Haute, Indiana 47802.

2.   Defendant Safe Step Tubs of Minnesota is a Private Corporation of Minnesota and resides at 7300 Washington Avenue South, Eden Prairie, Minnesota 55344.  Employed Contractors to preform installations on their behalf.  Power Pay PO Box 62426, King of Prussia, PA  19406-0395

### B.                    STATEMENT OF CLAIM

I purchased the safe step tub in early December of 2021, they were scheduled to show up for the install on or about 12-13-21, so my wife and I took the day off work to be there at a cost to us of $196.00.  The day before they were to show up, we received a call

from Debbie (the contractor), of safe step tubs stating that they were having equipment trouble and that they would have to reschedule the install, I said OK. Then they rescheduled it on 12-18-21. I could not get off work at that time, so my wife took the day off at another cost of $76.00. They the sub-contractors were scheduled to be there between 7:00 am and 8:00 am, they never showed up until 1:00 pm, and then they called me at work stating that they did not have all of the parts or equipment to do the installation then they rescheduled it on the 12-20-21, between 7:00 am and 8:00 am, again my wife and I took the day off work at a cost of $196.00. They did not show up until 1:00 pm, they did the instillation and finished at around 8:00 pm. At that time, I was tired, I had to be at work at 5:30 the next day, so I did not inspect the work. A few days later my wife noticed a 2-inch gap between the wall and the tub, I called Debbie (the contractor), and told her and she said that she would get with the installation crew and have them come back and repair the damage. The installer showed up and his idea of fixing the problem was squirting a 5-pound tub of caulking into the hole and smoothing it out. Let me be clear by this time I was sick with Covid, and I was staying away from everyone. Shortly after that I noticed that all the walls were not straight or level, I called Debbie and she said that she orders me new walls and hire a different installation crew to finish the job. The new installers called me; however, I was sick, and we could not do anything at that time. I never heard back from them.

## *PRODUCT COMPLAINT*

This tub was not what I expected or what was Advertised or presented to me. I was led to believe that all I had to do was

open the door and step into the tub and close the door and start the water, when I stepped into the tub, I had to step all the way in and turn my whole body to the right just to close the door.  When I was taking a shower I adjusted the shower to my height and started taking a shower, I started washing my hair and with all of the soap in my eyes I reached up to adjust the downspout when I did it the shower head rod extended all the way to the ceiling and it shifted to the left, water was going all over the floor, everywhere except my head.  When I readjusted the shower rod and head it did the same thing except this time it went to the right and the water went all over the wall and on the outside of the tub and all over the floor. When I got out of the tub, I had to step out sideway on a wet floor, I slipped and fell, hitting or landing on my neck and lower back, I had to go to the doctor and he sent me for X R-Rays, he put me on muscle relaxers and pain medication.  I have neck and back problems anyway, two rods and four screws in my back and two rods and ten screws in my neck, I did not need this to happen. My wife was in the tub, and she could not understand why the tub was not filling up, she yelled for me and when I arrived there was about forty gallons on water all over the bathroom and hallway floor.  Water was leaking out through the bottom of the door.

**C.**                                          ***JURISDICTION***

___. I am suing for Violations of Federal Law under 28 U.S.C. / 1331
OR

X. I am suing under State Law.  The State Citizenship of the plaintiff is different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is ***$500,000.00.***

**D.**                                          ***RELIEF WANTED***

First, I want them to remove their equipment from my home, restore my bathroom the way it was before they installed there system, I want them to reimburse the loan company the total cost of the system plus any interest and penalties, and finally I want compensated for all of the aggravation and pain and suffering that I have had to endure.

*E.*                            ***JURY DEMAND***

___.      Jury Demand- I want a Jury to hear my Case.

 X.      Court Trial- I want the Judge to hear my Case.

Dated this_____28th_____ Day of _____April 2022_____

*Respectfully Submitted*

Signature of Plaintiff

812-201-7473

Plaintiff's Telephone Number

johnnynotsobad@aol.com

Plaintiff's Email Address

950 E. Dawn Drive

Terre Haute, Indiana 47802

(Mailing Address of Plaintiff)


***REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE***

 X.    I do request that I be allowed to file this complaint without paying the filing fee.  I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.