IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

JOHN M. WALTERS

        Plaintiff.

    Vs.         Case No. 2:22-cv-00174-JPH-MJD

SAFE STEP TUBS OF MINNESOTA, et al.,

        Defendants.

## AMENDED ANSWER AND AFFIRMATIVE DEFENSES OF PLAINTIFF JOHN M. WALTERS

1. The Plaintiff denies that he has ever tried to collect damages for his wife.
2. On December 20. 2021 the Plaintiff agrees the Tub was installed, and at that time the Plaintiff did sign the work order, however at that time the Plaintiff had a severe case of COVID, with regards to that the Plaintiff was not responsible enough to enter any binding contract, according to the Plaintiffs Physicians and the Plaintiff also believes that there was a Federal Court President stating this fact.
3. John M Walters the Plaintiff is entitled to damages for taking time off work, for a prescheduled appointment .There were no Material Delays, if you are scheduled to be there at 7:00 am and you don't show up or call at 4:00 pm and claim vehicle problems that is on them, and you don't show up 3 hrs. late to do the install and you decide that you don't have all of the parts to do the install, and finally you don't run electrical wire through the floor Joyces in my basement and just have the wire loose in my junction box.  And I don't believe that they were Lic. Electricians preforming the connection.
4. The Plaintiff states that he did not inspect the work that was performed.
5. The Plaintiff clearly stated to Safe Step Tubs two days after the instillation, the Plaintiff notified the installer's agent Debbie, that there was a two-inch gap about six inches from the floor next to the wall at the back of the tub, Debbie sent the installer back out the next day with a five-pound tub of caulking to fill the gap.

6. The Plaintiff heard from Safe Step Tub with regards to them hiring a new installer, however at that time the Plaintiff and his family was sick and quarantined for over two weeks.
7. The Plaintiff also wants the court to inform the defendants that this in Indiana and Minnesota law or statutes does not apply, it is the plaintiffs understanding that when safe-step tubs decided to branch out and sell their products out of State they have to have a License, permits and the authorization to do business in Indiana.
8. The plaintiff also wants the Court to be aware that the plaintiff never refused to let any one inspect the tub or the installation of the tub, by the time the defendants wanted to make the repairs, I fell and injured myself twice, I am in constant pain, the tub doesn't preform as they claimed it would.
9. As far as Power pay and Debbie Doe, I sent Power pay sever e-mails informing them and I have requested the information from Debbie, all I have is an e-mail address for her and a telephone Number ( Bataviabuilders@gmail.com ).
10. Safe-Step denies that that any part of the instillation was defective, they claim fault on the installation on Brown Construction, Batavia Builders.  These are the people or companies that Safe-Step hired to preform the work, so that makes them responsible.
11. The Supreme Court recently opened the door for individuals to file suit against those who were paid to advertise there product, to make claims that isn't what they claim it to be.  (Krypto Currency King).
12. The Plaintiff also requested from the Initial Contractor Debbie a copy of the installers, insurance, and bonding information, also the plaintiff also asked if the contractor was a license electrician, and that was affirmed.
13. I thought that this case might have been resolved, I received a call from Martha Layman stating that safe step would remove the tub and issue me a check for $3500.00 in order to replace the tub, and I agreed, however the day before they were supposed to issue me a check they cancelled.  So, all deals are off the table.

*In collusion the Plaintiff prays that the court evaluate every thing and makes a fair judgement based on the facts and the way things happened.*

## *Safe Step Walk-In Tub*

# COMPLAINT!!!

I Purchased the Safe Step Tub in early December of 2021, they were scheduled to show up for the Install on or about 12-13-21, so my wife and I took the day of of work to be there at a cost to us in lost wages of $196.00. The day before they were to show up, we received a call from Debbie of safe step tubs stating that they are having equipment problems and they will have to reschedule, I said OK then, they rescheduled for the 18th, I could not get off work, so my wife took the day off at a cost of $76.00. They were scheduled to be there between 7:00 am and 8:00 am, they never showed up until 1:00 pm, and then they called me at work stating that they couldn't do the installation due to the fact that they didn't have all of the parts to complete the installation, then they rescheduled the installation for the 20th at 7:00 am to 8:00 am, again my wife and I both took the day off of work at a cost of $196.00. They did not show up until after 1:00 pm, they did the installation and finished at around 8:00 pm. At the time I was tired, I had to be at work at 5:30 the next day, so I did not inspect the work. A few days later my wife noticed a gap of about two" at the lower right side of the tub. I called Debbie and she sent the same people out to fix the problem, there idea of fixing the problem was with a large tube of caulking to fill in the gap. Let me make something clear at this time I was sick with covid, and I was staying away from everyone. Shortly after that I noticed that all the walls were not straight or level, I called Debbie and she said that she would order me new walls and hire a different crew to finish the job. The new person called me to set up a reinstallation, however I was still sick and could not do anything at that time. I never heard anything else from them.

## *Product Complaint!!!*

This tub is not what I expected or what was presented to me, I was not told that I would have to step into the tub and turn my body all the way sideways to close the door. When using the shower I adjusted the shower to my height and tightened the lever however when I turned the water on the shower extended all the way to the ceiling and turn to the left where it was shooting water all over the floor, when readjusted it did the same thing this time it turned to the right and the water went all over the wall and where the installed the tub unlevel the water went all over the floor.  My wife was in the tub, and she could not understand why the tub was not filling up, that was because water was leaking out through the bottom of the door.  My floor is a mess from all the water on the floor.  When draining the tub water leaks through the bottom of the door also.  I got out of the tub and as I closed the door behind be due to all the water on the floor I slipped and fell landed on my head, neck and back.  I ended up going to the doctor and he sent me for several x-rays, and he prescribed me some muscle relaxers.  I will never get back into that death trap ever again.  This product is nothing like it is advertised to be.

## *Proposes resolution!!*

I want them to remove their product from my property and put every thing back to the way that it was. This has been a nightmare and I just want it to end.

John M Walters

950 E. Dawn Dr.

Terre Haute, IN 47802

February 14, 2022

**PowerPay**

**PO Box 62426**

**King of Prussia, PA  19406-0395**

## RE: Account # PP124803

## RE:  Product and Installation Complaint!!!

Enclosed please find an e-mail that I received from you stating that you have received information that the installation on my tub was complete, you asked me to confirm the status of the project and I stated that the project was not completed, and it was not, and it still is not resolved.  I am sorry that this puts your company in a bind, you need to request that safestep tubs promptly issues you a refund.  I am requesting that they remove their product from my property and restore it to the way that it was.  Enclosed is a copy of a complaint that I sent to them; I also filed a complaint with the attorney General of Indiana.  Thank You.

**John M Walters**

**Your PowerPay Project is Complete**

From: PowerPay <dealers@getpowerpay.com>
To: John Walters <JOHNNYNOTSOBAD@AOL.COM>
Date: Wed, Dec 29, 2021 4:12 pm

Hello John

Congratulations, we just got word that your project by Safe Step Tubs of MN is complete!

Please confirm your project status:

*(handwritten: NO [circled]   Not Finished.)*

Thanks,
The PowerPay Team
(800) 397-4485

1121 N. Bethlehem Pike Suite 60-147 • Spring House, PA 19477 • USA • Click here to unsubscribe.

PowerPay
PO Box 62426
King of Prussia, PA 19406-0395

## PowerPay

LOGIN TO YOUR ACCOUNT AT GOPOWERPAY.COM
Call Us: (866) 615-4339  Email Us: clientservices@gopowerpay.com

JOHN WALTERS
950 E DAWN DR
TERRE HAUTE, IN 47802

| | |
|---|---|
| Account Number | PP124803 |
| Due Date | 01/29/2022 |
| Monthly Payment | $237.33 |
| Past Due Amount | $237.33 |
| Current Amount Due | $474.66 |

Late fee of $10.00 is added on payments made 10 days after due date.

**Statement Date:** February 1, 2022
**Services By:** Safe Step Tubs of MN

| Property Address | TERRE HAUTE, IN 47802 |
|---|---|
| Original Loan Amount | $22,098.00 |
| Loan Term | 180 |
| Prepayment Penalty | No |
| Current Rate | 9.99% |

| LOAN SUMMARY | |
|---|---|
| Principal Balance* | $22,098.00 |
| APR | 9.99% |
| Composite Rate | N/A |
| Promotional Interest Rate | N/A |
| Default Rate | N/A |
| Promotion Expiration Date | N/A |
| Number of Payments Made | 0 |
| Number of Payments Remaining | 180 |

*This is NOT a payoff amount. Please contact Client Services to obtain payoff information.

### PAST PAYMENT DETAILS

| | Current | Paid Yr To Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| Total Payment | $0.00 | $0.00 |
| Received Date | | |

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Notice: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

Please enclose this portion with your payment

---

| PAYMENT COUPON | PAYMENT DUE DATE | 01/29/2022 |
|---|---|---|
| | Amount Enclosed: | $           . |

Account Number: PP124803
Payment Due: $474.66

PLEASE MAKE ANY ADDRESS CORRECTIONS

JOHN WALTERS
950 E DAWN DR
TERRE HAUTE, IN 47802

Make check payable to and send to:
PowerPay
PO Box 62426
King of Prussia, PA 19406-0395

PowerPay
PO Box 62426
King of Prussia, PA 19406-0395



February 9, 2022

(866) 615-4339
www.gopowerpay.com
clientservices@gopowerpay.com

JOHN WALTERS
950 E DAWN DR
TERRE HAUTE, IN 47802

Account # PP124803
RE:  POWERPAY, LLC

Dear John,

Your payment was due on 01/29/2022. If you have already mailed your payment or made payment arrangements with our office, please disregard this notice.

Payment in the amount of $247.33 must be received by our office prior to 03/01/2022 to avoid defaulting on your obligation.

Please contact our office at 866-615-4339 or log into your account at www.gopowerpay.com to make payment in the amount of $247.33 before 03/01/2022, or call our office to make payment arrangement on this account.

If you believe that you have received this notice in error, please call us immediately toll-free at (866) 615-4339 to initiate a payment inquiry.

Sincerely,

PowerPay
Customer Service
Toll Free (866) 615-4339

www.gopowerpay.com

Access your PowerPay account by downloading our new mobile app.



Notice: If you are entitled to the protections of the United States Bankruptcy Code (11 U.S.C. §§ 362; 524) regarding the subject matter of this letter, the following applies to you: THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT, ASSESS, OR RECOVER A CLAIM IN VIOLATION OF THE BANKRUPTCY CODE AND IS FOR INFORMATIONAL PURPOSES ONLY.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

NY RESIDENTS ONLY: You may request this communication in larger font by calling us toll-free at 866-681-7282.



January 04, 2022

John Walters
PO BOX 2072
950 E DAWN DR
TERRE HAUTE, IN 478020072

Dear John Walters

**\*\* Please present this document to your employer. \*\***

To Whom It May Concern,

John Walters was evaluated at UMG Same Day DwnTn TH on 12/28/2021.

A patient that tests positive for Covid-19 regardless of vaccination status should stay at home to quarantine for 5 days from start of symptoms. If you have no symptoms or your symptoms have resolved, after 5 days you may come out of quarantine and return to work/school. You are then required to wear a mask at all times outside of the home for the next 5 days.

If symptom free, patient may return to work/school on XXXX.

If you are still symptomatic, you must quarantine for 10 days from start of symptoms before returning to work/school. In this case, patient may return to work on 01/07/2022.

Cayla Brewer, NP

Sincerely,

Union Medical Group
221 S. 6th Street
Terre Haute, IN 47807

Name: Walters, John M            1 of 2            DOB: 06/20/56

Result Details

Patient: Walters, John M  
MRN: 71401222

Printed by: Walters, Courtney L  
Printed on: 01/04/22 11:35 EST

NONIUH Covid 19(ID Now): Positive

Date / Time:  December 28, 2021 11:43 EST

NONIUH Covid 19(ID Now): Positive

Contributor System: PowerChart

Status: Auth (Verified)

Action List:

Perform by Muncie, Jamilla L, CMA on December 28, 2021 11:43 EST  
Action status: Completed

VERIFY by Muncie, Jamilla L, CMA on December 28, 2021 11:43 EST  
Action status: Completed

## If You Test Positive for COVID-19 (Isolate)

Everyone, regardless of vaccination status.

- Stay home for 5 days.

- If you have no symptoms or your symptoms are resolving after 5 days, you can leave your house.
- Continue to wear a mask around others for 5 additional days.

*If you have a fever, continue to stay home until your fever resolves.*

## If You Were Exposed to Someone with COVID-19 (Quarantine)

If you:

Have been boosted
OR
Completed the primary series of Pfizer or Moderna vaccine within the last 6 months
OR
Completed the primary series of J&J vaccine within the last 2 months

- Wear a mask around others for 10 days.
- Test on day 5, if possible.

*If you develop symptoms get a test and stay home.*

If you:

Completed the primary series of Pfizer or Moderna vaccine over 6 months ago and are not boosted
OR
Completed the primary series of J&J over 2 months ago and are not boosted
OR
Are unvaccinated

- Stay home for 5 days. After that continue to wear a mask around others for 5 additional days.
- If you can't quarantine you must wear a mask for 10 days.
- Test on day 5 if possible.

*If you develop symptoms get a test and stay home*

###
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

*CDC works 24/7 protecting America's health, safety and security. Whether disease start at home or abroad, are curable or preventable, chronic or acute, or from human activity or deliberate attack, CDC responds to America's most pressing health threats. CDC is headquartered in Atlanta and has experts located throughout the United States and the world.*

Page last reviewed: December 27, 2021

Result Details

Printed by: Brewer, Cayla B, NP
Printed on: 12/28/21 11:56 EST

Patient: Walters, John M
MRN: 71401222

NONIUH Covid 19(ID Now): Positive

Date / Time: December 28, 2021 11:43 EST

NONIUH Covid 19(ID Now): Positive

Contributor System: PowerChart

Status: Auth (Verified)

Action List:

Perform by Muncie, Jamilla L, CMA on December 28, 2021 11:43 EST
Action status: Completed

VERIFY by Muncie, Jamilla L, CMA on December 28, 2021 11:43 EST
Action status: Completed

#2217289