Mr. John Walters
950 E Dawn Dr
Terre Haute, IN 47802



U.S. POSTAGE
$1.98

Clerk of The U.S. District Court
921 OHIO ST
Rm 104
Terre Haute, IN 47807

**FILED**

MAR 1 2023

U.S. CLERK'S OFFICE

INDIANAPOLIS 46206
MON 27 FEB 2023 AM